# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: **1:13-CR-00342 AWI** |
| **CHRISTINE ROSE CARAWAY,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Christine Rose Caraway
Detained at: Public Safety Center
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: _____
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on DATE AND TIME] in the Eastern District of California.*

Signature: /s/ Michael G. Tierney
Printed Name & Phone No: MICHAEL G. TIERNEY 559-497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 7, 2014**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 1347615 | DOB: | 09/09/1980 |
| Facility Address: | 200 East Hackett Rd., Modesto CA | Race: | |
| Facility Phone: | 209-525-5630 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
(signature)